1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8                          UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

10

11

12 JAMIE AGUILAR,                              Federal Case No.: 5:16-cv-02229-EJD

13         Plaintiff,

14     vs.                                     **STIPULATED REQUEST FOR
                                               DISMISSAL OF DEFENDANT BANK OF
15 EXPERIAN INFORMATION SOLUTIONS,             AMERICA, N.A.; [PROPOSED] ORDER**
   INC.; et. al.,
16
           Defendants.
17

18 **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

19         IT IS HEREBY STIPULATED by and between plaintiff Jaime Aguilar and defendant

20 Bank of America, N.A. ("BANA"), that BANA. be dismissed from this action with prejudice

21 pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its

22 own attorneys' fees and costs.

23 //

24 //

25 //

26 //

27 //

28 //

1
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.; [PROPOSED] ORDER

DATED:  November 8, 2016          Sagaria Law, P.C.

                                  By: _____/s/ Elliot W. Gale_____
                                           Elliot W. Gale
                                  Attorneys for Plaintiff
                                  Jaime Aguilar

DATED: November 8, 2016           McGuire and Woods, LLP


                                  By: _____/s/ E. Christine Hehir_____
                                           E. Christine Hehir
                                  Attorneys for Defendant
                                  Bank of America, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that E. Christine Hehir has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

   Pursuant to the stipulation of the Parties, Bank of America, N.A. is dismissed with prejudice.

   IT IS SO ORDERED.


DATED: 11/14/2016                 _____
                                  EDWARD J. DAVILA
                                  UNITED STATES DISTRICT JUDGE